UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT FOREMAN, | ) |
| | ) |
| | ) Case No. 16 CV 6390 |
| Plaintiff, | ) |
| | ) Judge Darrah |
| v. | ) |
| | ) Magistrate Judge Kim |
| P.O. J.P. RIVAS #8341, P.O. M.J. | ) |
| BILINA #6269, Individually, | ) |
| and THE CITY OF CHICAGO, | ) JURY DEMAND |
| | ) |
| Defendants. | ) |

## SECOND AMENDED COMPLAINT

**NOW COMES** the Plaintiff, ROBERT FOREMAN by and through his attorneys, Gregory E. Kulis & Associates, Ltd. and complaining against the Defendants, P.O. J.P. RIVAS #8341, P.O. M.J. BILINA #6269, individually and THE CITY OF CHICAGO as follows:

### COUNT I – EXCESSIVE FORCE

1. This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, ROBERT FOREMAN accomplished by acts and/or omissions of Defendants, P.O. J.P. RIVAS #8341, P.O. M.J. BILINA #6269 and the CITY OF CHICAGO committed under color of law.

2. Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3. The Plaintiff, ROBERT FOREMAN, was at all relevant times, a resident of the City of Chicago, County of Cook, and State of Illinois.

1

4. At all relevant times, the Defendants, P.O. J.P. RIVAS #8341 and P.O. M.J. BILINA #6269 were duly appointed Chicago Police Officers acting within the scope of their employment and under color of law.

5. On or about June 19, 2016, the Plaintiff, ROBERT FOREMAN, was walking in an alley in the vicinity of on 87th and State, in Chicago, Illinois.

6. As the Plaintiff was walking he was robbed at gun point by a young man that stepped out of a gangway.

7. After the robbery, the Plaintiff started to chase the assailant.

8. The Defendant, P.O. J.P. RIVAS #8341 and his partner pulled up on the scene.

9. The Plaintiff explained that he had just been robbed.

10. The Defendant, P.O. J.P. RIVAS #8341 put the Plaintiff to the ground and started punching him.

11. The Plaintiff was not committing any crimes or breaking any laws.

12. The Plaintiff continued to tell the Defendants that he had just been robbed.

13. The force used against the Plaintiff, ROBERT FOREMAN, was excessive.

14. The force used was unprovoked and unreasonable.

15. The Plaintiff was injured.

16. At all relevant times, the Defendants were acting pursuant to the customs and policies of the Chicago Police Department.

17. The actions of the Defendant, P.O. J.P. RIVAS #8341 were intentional, willful and with malice.

18. Said actions of the Defendant, P.O. J.P. RIVAS #8341 violated the Plaintiff, ROBERT FOREMAN'S Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

19. As a direct and proximate consequence of said conduct of the Defendant, P.O. J.P. RIVAS #8341 the Plaintiff, ROBERT FOREMAN suffered violations of his constitutional rights, emotional anxiety, fear, humiliation, monetary loss, pain and suffering and future pain and suffering.

**WHEREFORE**, the Plaintiff, ROBERT FOREMAN, prays for judgment in his favor and against the Defendant, P.O. J.P. RIVAS #8341 for a reasonable amount in compensatory damages, punitive damages, plus attorneys' fees and costs.

### COUNT II – FALSE ARREST

1-15. The Plaintiff, ROBERT FOREMAN, hereby realleges and incorporates his allegations of paragraphs 1-15 of Count I as his respective allegations of paragraphs 1-15 of Count II as though fully set forth herein.

16. To cover up his unlawful use of force by Officer Rivas, the Defendants, P.O. J.P. RIVAS #8341 and P.O. M.J. BILINA #6269 arrested the Plaintiff.

17. There were no facts to support probable cause to arrest the Plaintiff.

18. The Defendants, P.O. J.P. RIVAS #8341 and P.O. M.J. BILINA #6269, charged the Plaintiff with criminal charges.

19. The charges against the Plaintiff were false.

20. At all relevant times, the Defendants, P.O. J.P. RIVAS #8341 and P.O. M.J. BILINA #6269, were acting pursuant to the customs and policies of the Chicago Police Department.

21. The actions of the Defendants were intentional, willful and with malice.

22. Said actions of the Defendant, P.O. J.P. RIVAS #8341, violated the Plaintiff, ROBERT FOREMAN'S Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. § 1983.

3

23. As a direct and proximate consequence of said conduct of the Defendants, P.O. J.P. RIVAS #8341 and P.O. M.J. BILINA #6269, the Plaintiff, ROBERT FOREMAN, suffered violations of his constitutional rights, emotional anxiety, fear, humiliation, monetary loss, pain and suffering and future pain and suffering.

**WHEREFORE**, the Plaintiff, ROBERT FOREMAN, prays for judgment in his favor and against the Defendants, P.O. J.P. RIVAS #8341 and P.O. M.J. BILINA #6269 for a reasonable amount in compensatory damages, punitive damages, plus attorneys' fees and costs.

## COUNT III - INDEMNIFICATION

1-19. The Plaintiff, ROBERT FOREMAN, hereby realleges and incorporates his allegations of paragraphs 1-19 of Counts I and II as his respective allegations of paragraphs 1-19 of Count III as though fully set forth herein.

20. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

21. The Defendants, P.O. J.P. RIVAS #8341 and P.O. M.J. BILINA #6269 were employees of THE CITY OF CHICAGO, who acted within the scope of their employment in committing the misconduct described herein.

**WHEREFORE**, should the individual Defendants, be found liable for any of the acts alleged above, the Defendant, THE CITY OF CHICAGO, would be liable to pay the Plaintiff, ROBERT FOREMAN any judgment obtained against the Defendants.

## JURY DEMAND

The Plaintiff, ROBERT FOREMAN hereby requests a trial by jury.

                                        Respectfully submitted,

                                        /s/ Gregory E. Kulis
                                        Gregory E. Kulis

**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**